
IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BLAKE COLLINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 14-cv-05500 |
| | ) | |
| ESTATE OF SHAUNDA BOND, | ) | Honorable |
| Deceased, JUAN BELMONTES, | ) | Courtroom: |
| ARMANDO UGARTE, JEFFERY | ) | |
| RUMBAUGH, BERNARD VELETA, | ) | |
| ARTURO VILLANUEVA, and CITY | ) | |
| OF CHICAGO, AN Illinois Municipal | ) | |
| Corporation | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

_/s/ Tracy Slanker_
Tracy Slanker
Attorney for Plaintiff, Blake Collins
Ekl, Williams & Provenzale, LLC
901 Warrenville Road, Suite 175
Lisle, Illinois 60532
(630) 242-8231
Attorney No. 6274868
FEIN: 20-4737809
DATE: 9-24-14

Respectfully submitted,
CITY OF CHICAGO
a Municipal Corporation

STEPHEN PATTON
Corporation Counsel
Attorney for City of Chicago
BY: _/s/_
Liza M. Franklin, Deputy Corporation Counsel
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 742-0170
Attorney No. 6216088
DATE: 9/30/14

_/s/ Jill Russell_
Jill Russell, Assistant Corporation Counsel
Attorney for Defendants,
Juan Belmontes, Armando Ugarte,
Jeffery Rumbaugh, Bernard Veleta
and Arturo Villanueva
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 742-7030
Attorney No. 6296479
DATE: 9/30/14

2